UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA    FILED

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | 2005 JUL 19  A 10: 23 |
| V. | ) ) | CLERK. US-DIST COURT EASTERN DIST OF CALIF |
| JUAN GONZALES | ) | NO. 1: |
| Defendant, | ) ) ) | BY_____ DEPUTY |
| | | **DETENTION ORDER** |

A.  **Order For Detention**
   After conducting a detention hearing pursuant to 18 U.S.C. §3142(f) of the Bail Reform Act,
   the Court orders the above–named defendant detained pursuant to 18 U.S.C. §3142(e) and (i).

B.  **Statement Of Reasons For The Detention**
   The Court orders the defendant's detention because it finds:
   _____ By a preponderance of the evidence that no condition or combination of conditions
   __X__ will reasonably assure the appearance of the defendant as required.
   By clear and convincing evidence that no condition or combination of conditions
   will reasonably assure the safety of any other person and the community.

C.  **Finding Of Fact**
   The Court's findings are based on the evidence which was presented in Court and that
   which was contained in the Pretrial Services Report, and includes the following:
   __X__ (1)  Nature and circumstances of the offense charged:
   _____    (a) The crime: DRUG TRAFFICKING WITH MANDATORY 10 YEAR MINIMUM.

   is a serious crime and carries a maximum penalty of _____ .
   _____    (b) The offense is a crime of violence.
   __X__    (c) The offense involves a narcotic drug.
   _____    (d) The offense involves a large amount of controlled substances, to wit:
   _____
   __X__ (2) The weight of the evidence against the defendant is high.
   _____ (3) The history and characteristics of the defendant including:
          (a) General Factors:
          _____ The defendant appears to have a mental condition which may
             affect whether the defendant will appear.
          _____ The defendant has no family ties in the area.
          _____ The defendant has no steady employment.
          _____ The defendant has no substantial financial resources.
          _____ The defendant is not a long time resident of the community.
          _____ The defendant does not have any significant community ties.
          _____ Past conduct of the defendant: DEFENDANT RECEIVED A SUBSTANTIAL BREAK IN A PRIOR CASE, YET CONTINUES TO TRAFFICK IN DRUGS
          _____ The defendant has a history relating to drug abuse.
          _____ The defendant has a history relating to alcohol abuse.
          _____ The defendant has a significant prior criminal record.
          _____ The defendant has a prior record of failure to appear at court
             proceedings.

WHITE COPY – FILED WITH THE COURT
PINK COPY – U.S. ATTORNEY
YELLOW COPY – DEFENSE COUNSEL
GREEN COPY – PRE TRIAL SERVICES

     (b) Whether the defendant was on probation, parole, or release by a court:
        At the time of the current arrest, the defendant was on:
        _____ Probation
        _____ Parole
        _____ Release pending trial, sentence, appeal or completion of sentence.
     (c) Other Factors:
        _____ The defendant is an illegal alien and is subject to deportation.
        _____ The defendant is a legal alien and will be subject to deportation
          if convicted.
        _____ Other: _____

__X__ (4) The nature and seriousness of the danger posed by the defendant's release are *CONTINUED DRUG TRAFFICKING — OTHER FAMILY MEMBERS, FAMILY + BLONER WERE ARE ALLEGED TO BE INVOLVED.*
       as follows:_____

__X__ (5) Rebuttable Presumptions
     In determining that the defendant should be detained, the Court also relied on the
     following rebuttable presumption(s) contained in 18 U.S.C. §3142(e) which the
     Court finds the defendant has not rebutted:
__X__ a. That no condition or combination of conditions will reasonably assure the
       appearance of the defendant as required and the safety of any other person
       and the community because the Court finds that the crime involves:
        _____ (A) A crime of violence; or
        _____ (B) An offense for which the maximum penalty is life imprisonment
              or death; or
        __X__ (C) A controlled substance violation which has a maximum penalty
              of 10 years or more; or
        _____ (D) A felony after the defendant had been convicted of two or more prior
              offenses described in (A) through (C) above, <u>and</u> the defendant has a
              prior conviction for one of the crimes mentioned in (A) through (C)
              above which is less than five years old and which was committed
              while the defendant was on pretrial release.
__X__ b. That no condition or combination of conditions will reasonably assure the
       appearance of the defendant as required and the safety of the community
       because the Court finds that there is probable cause to believe:
       __X__ (A) That the defendant has committed a controlled substance
              violation which has a maximum penalty of 10 years or more.
       _____ (B) That the defendant has committed an offense under 18 U.S.C.
              §924(c) (uses or carries a firearm during and in relation
              to any crime of violence, including a crime of violence,
              which provides for an enhanced punishment if committed
              by the use of a deadly or dangerous weapon or device).

D.   Additional Directives
    Pursuant to 18 U.S.C. §3142(i)(2)–(4), the Court directs that:
      The defendant be committed to the custody of the Attorney General for confinement
    in a corrections facility separate, to the extent practicable from persons awaiting
    or serving sentences or being held in custody pending appeal; and
      The defendant be afforded reasonable opportunity for private consultation
    with his counsel; and
      That, on order of a court of the United States, or on request of an attorney
    for the Government, the person in charge of the corrections facility in which the
    defendant is confined deliver the defendant to a United States Marshal for the
    purpose of an appearance in connection with a court proceeding.

DATED: \_\_\_\_*7-13-05*_____

                              UNITED STATES MAGISTRATE
                                  *DISTRICT JUDGE*